AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JUSTIN CREED VANARSDALE,

Plaintiff,

v.

PRESIDENT JOE BIDEN, CHATHAM COUNTY DETENTION CENTER, GEORGIA REGIONAL, and THE SPACE FORCE,

Defenants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 422-003

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to this Court's order dated July 25, 2022, the Plaintiff's complaint is dismissed without prejudice. This case stands closed.

July 25, 2022
Date

John E. Triplett, Clerk of Court
Clerk

*James R. Burell*
(By) Deputy Clerk

GAS Rev 10/2020